GIOVANNINA GUARRAIA, RESPONDENT, v. METROPOLITAN LIFE INSURANCE COMPANY, APPELLANT.

Submitted March 26, 1917—Decided June 18, 1917.

On appeal from the Supreme Court.

For the appellant, *McCarter & English.*

For the respondent, *John J. Stamler.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the *per curiam* in *Guarraia* v. *Metropolitan Life Insurance Co.,* No. 120 of the present term of this court, *ante* p. 682.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.